THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Tonya S., Peter S., Vatchel W., and John Doe,  Defendants,
 of whom Peter S. is Appellant.
 
 In the interests of:  Child 1 (DOB: 11/21/96), Child 2 (DOB:
 12/17/01), Child 3 (DOB: 12/17/01), Minors under the age of 14.
 
 

Appeal From Anderson County
 Barry W. Knobel, Family Court Judge
Unpublished Opinion No. 2008-UP-148
Submitted March 3, 3007  Filed March 6,
 2008
AFFIRMED

 
 
 
 Rodney Wade Richey, of Greenville, for Appellant.
 Amy Sutherland, of Anderson, for Respondent.
 
 
 

PER
 CURIAM: This appeal arises from the termination of parental
 rights of Father.  The family court found his parental rights should be
 terminated on two grounds: (1) the children have been in DSSs custody for fifteen
 of twenty-two months; and (2) the children have been out of the home for six
 months and Father has failed to remedy the conditions which led to the
 removal.  Additionally, the family court found termination was in the best
 interest of the children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2006).
After a thorough
 review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.